UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIMBERLY GLOVER,

                         Plaintiff,                        20 **CIVIL** 6802 (ALC)

    -v-                                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Plaintiff's motion is DENIED, and the Defendant's motion is GRANTED.

**Dated:**  New York, New York
           March 31, 2022

                                                                          **RUBY J. KRAJICK**

                                                                           **Clerk of Court**
                                            BY:
                                                                          **Deputy Clerk**